IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2:13-MD-2433 <br><br> JUDGE EDMUND A. SARGUS, JR. |
| **This document relates *only* to:** | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| *John M. Wolf v. E.I. du Pont de Nemours and Company*, Case No. 2:14-cv-095 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(A)(1)(a)(ii) of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that because the parties have reached a settlement, all claims of Plaintiff John Wolf against Defendant E.I. du Pont de Nemours and Company are hereby dismissed *with prejudice*. Each Party shall bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| *s/ Damond R. Mace* | *s/ Michael A. London* |
| Damond R. Mace (0017102) (Trial Attorney) | Michael A. London |
| Stephen M. Fazio (0076873) | Douglas & London, PC |
| Stephanie E. Niehaus (0075511) | 59 Maiden Lane, 6th Floor |
| SQUIRE PATTON BOGGS (US) LLP | New York, NY  10038 |
| 4900 Key Tower | (212) 566-7500 (Phone) |
| 127 Public Square | (212) 566-7501 (Fax) |
| Cleveland, OH  44114-1304 | Email:  mlondon@douglasandlondon.com |
| (216) 479-8500 (Phone) | |
| (216) 479-8780 (Fax) | Jon C. Conlin |
| Email:  damond.mace@squirepb.com | Cory Watson, PC |
| | 2131 Magnolia Ave., Suite 200 |
| | Birmingham, AL  35205 |
| C. Craig Woods (0010732) | (205) 328-2200 (Phone) |
| Aaron T. Brogdon (0081858) | (205) 324-7896 (Fax) |
| SQUIRE PATTON BOGGS (US) LLP | Email:  jconlin@corywatson.com |
| 2000 Huntington Center | |
| 41 South High Street | Robert A. Bilott |
| Columbus, OH  43215 | Taft Stettinius & Hollister LLP |
| (614) 365-2700 (Phone) | 425 Walnut Street, Suite 1800 |
| (614) 365-2499 (Fax) | Cincinnati, OH  45202-3957 |
| Email:  craig.woods@squirepb.com | (513) 381-2838 (Phone) |
| | (513) 381-0205 (Fax) |
| | Email: bilott@taftlaw.com |
| *Attorneys for defendant E. I. du Pont de Nemours and Company* | Kevin Madonna |
| | Kennedy Madonna, LLP |
| | 48 Dewitt Mills Road |
| | Hurley, New York 12443 |
| | (845) 481-2622 |
| | (845) 230-3111 |
| | Email: kmadonna@kennedymadonna.com |
| | |
| | Harry G. Deitzler |
| | Hill, Peterson, Carper, Bee & Deitzler, PLLC |
| | 500 Tracy Way |
| | Charleston, West Virginia 25311 |
| | (304) 345-5667 |
| | (304) 345-1519 |
| | Email: Hgdeizler@hpcbd.com |
| | |
| | *Plaintiff's Counsel* |